■ In the Matter of the Claim of ROBERT ROSENBLATT, Respondent, v STATE INSURANCE FUND, Appellant, and ENCYCLOPEDIA BRITANNICA, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from decisions of the Workers' Compensation Board, filed February 6, 1975 and January 20, 1977, which found that claimant sustained an accidental injury on August 3, 1972 and apportioned the compensation award between appellant and a previous employer. The board found, in a decision dated February 6, 1975, that on August 3, 1972 claimant sustained an accidental injury arising out of and in the course of employment when he fell while walking upstairs carrying two case bags weighing about 20 pounds each. The board also found, by decision dated January 20, 1977, that claimant had an over-all 17½% schedule loss of use of the right leg which includes the prior schedule loss of 7½% found in a previous case and that he had a 10% causally related schedule loss of the right leg as a result of the accident of August 3, 1972. There is, in our view, substantial evidence to sustain both determinations of the board. Decisions affirmed, with costs to respondents filing briefs against the appellant. Mahoney, P. J., Greenblott, Sweeney, Main and Larkin, JJ., concur.

■ In the Matter of MURRAY KAPLAN, Petitioner, v JAMES H. TULLY, JR., et al., Constituting the State Tax Commission Respondents.—Proceeding pursuant to CPLR article 78 (transferred to this court by order of the Supreme Court at Special Term, entered in Albany County) to review a determination of respondents which denied petitioner's application for a refund of unincorporated business taxes imposed under article 23 of the Tax Law for the years 1965, 1966 and 1967. Determination confirmed, and petition dismissed, without costs (see *Matter of Liberman v Gallman,* 41 NY2d 774; *Matter of Cohen v Gallman,* 48 AD2d 754). Greenblott, J. P., Staley, Jr., Main, Mikoll and Herlihy, JJ., concur.